IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
APR - 5 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**HANH NGUYEN ALLGOOD,**

**Plaintiff,**

**v.** **Case Number 2:09-cv-00557(MSD/JEB)**

**WILLIAMS MULLEN, P.C.,**

**Defendant.**

**DISMISSAL ORDER**

ON THIS DAY came the parties, by counsel, on their Joint Motion to Dismiss this civil action *with prejudice*.

UPON CONSIDERATION WHEREOF, the parties have represented to the Court that the matters in dispute between them have been resolved by mutual agreement and this matter should be dismissed *with prejudice*. It is therefore

ADJUDGED, ORDERED AND DECREED that this civil action be, and the same hereby is, dismissed agreed *with prejudice*.

**ENTER:** 4 / 5 / 10

/s/ MSD

**JUDGE:** **Mark S. Davis**
**United States District Judge**
**United States District Court**
**Eastern District of Virginia**

**WE ASK FOR THIS:**

Hunter W. Sims, Jr., Esquire (VSB # 09218)
E-mail: hwsims@kaufcan.com
John M. Bredehoft, Esquire (VSB # 33602)
E-mail: jmbredehoft@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Phone: (757) 624-3000
Fax: (757) 624-3169
***Counsel for Defendant Williams Mullen, P.C.***

**WE ASK FOR THIS:**

Ardra M. O'Neal, Esquire (VSB # 45717)
E-mail: ardra@theonealfirm.com
THE O'NEAL LAW FIRM, LLP
700 12th Street, NW, Suite 700
Washington, DC 20005
Phone: 866/771-0151
Fax: 866/771-0151
***Counsel for Plaintiff Hahn Nguyen Allgood***

1595223